**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  HARLIN R. HUDSON           &                                        Case Number: 05-72866
       1185 FULTON STREET              SSN-xxx-xx-9527
       LEE CENTER, IL  61331

                                                              Case filed on:      6/6/2005
                                                              Plan Confirmed on:
                             X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,280.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | COSTELLO & COSTELLO PC | 894.00 | 894.00 | 894.00 | 0.00 |
|  | Total Legal | 894.00 | 894.00 | 894.00 | 0.00 |
| 011 | DIRECT LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 2,256.28 | 2,256.28 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 3,294.39 | 3,294.39 | 0.00 | 0.00 |
| 031 | ILLINOIS DEPARTMENT OF REVENUE | 75.00 | 75.00 | 0.00 | 0.00 |
|  | Total Priority | 5,625.67 | 5,625.67 | 0.00 | 0.00 |
| 032 | HARLIN R. HUDSON | 1,318.71 | 1,318.71 | 1,318.71 | 0.00 |
|  | Total Debtor Refund | 1,318.71 | 1,318.71 | 1,318.71 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 2,211.03 | 22.11 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 383.58 | 3.84 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 6,034.30 | 60.34 | 0.00 | 0.00 |
| 004 | ARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANDERSON & THOMAS | 1,467.14 | 14.67 | 0.00 | 0.00 |
| 006 | THE LAW OFFICE OF AL H. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATTORNEY THOMAS J ANGELL | 14,226.52 | 142.27 | 0.00 | 0.00 |
| 008 | COLLECTION PROFESSIONALS | 291.64 | 2.92 | 0.00 | 0.00 |
| 009 | COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMUNITY SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | US DEPARTMENT OF EDUCATION | 67,705.48 | 677.05 | 0.00 | 0.00 |
| 013 | GEORGE KENNEDY SILVERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HOLLAND & SONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INTERNET CORP LISTING SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JC LICHTS, CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | KATHERINE SHAW BETHEA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PROFESSIONAL FINANCING ASSC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | R. MACDONALD & ASSOCIATES | 1,228.04 | 12.28 | 0.00 | 0.00 |
| 023 | RECEIVABLE MANAGEMENT CONSU | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RECEIVABLE MANAGEMENT CONSU | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RECEIVABLE MANAGEMENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RECEIVABLE MANAGEMENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RRCA ACCOUNTS MANAGEMENT INC | 1,689.80 | 16.90 | 0.00 | 0.00 |
| 028 | RRCA ACCOUNTS MANAGEMENT INC | 51.40 | 0.51 | 0.00 | 0.00 |
| 029 | RAI CREDIT CORPORATION | 652.88 | 6.53 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 490.65 | 4.91 | 0.00 | 0.00 |
|  | Total Unsecured | 96,432.46 | 964.33 | 0.00 | 0.00 |
|  | Grand Total: | 104,270.84 | 8,802.71 | 2,212.71 | 0.00 |

Total Paid Claimant:       $2,212.71
Trustee Allowance:         $67.29              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00                discharging the trustee and the trustee's surety from any and all
                                               liablility on account of the within proceedings, and closing the estate,
                                               and for such other relief as is just.  Pursuant to FRBP, I hereby
                                               certify that the subject case has been fully administered.

Report Dated:

                                                          /s/ Lydia S. Meyer
                                                         Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/25/2006                    By  /s/Heather M. Fagan