IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HUDSON, HARLIN REED

CHAPTER 7 CASE

CASE NO. 05-72866 MB

Judge  MANUEL BARBOSA

Debtor(s)

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the
United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on 06/06/05. The Trustee was appointed on 06/06/05. The
Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties
enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted
to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other
property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all
claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is
ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is
0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is
described in Exhibit B.

4.      A summary of the Trustee's Final Report as of May 30, 2007 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 8,032.64 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. | NET CASH available for distribution | $ | 8,032.64 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |

| | | | |
|---|---|---|---:|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 1,553.26 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 1,918.50 |

e.    Illinois Income Tax for Estate (See Exhibit G)           $          0.00

5.    The Bar Date for filing unsecured claims expired on **07/03/06**.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | | |
|---|---|---|---:|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 3,471.76 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 5,550.67 |
| e. | Allowed unsecured claims | $ | 97,073.11 |
| f. | Surplus return to debtor | $ | 0.00 |

7.    Trustee proposes that unsecured creditors receive a distribution of **0.00**% of allowed claims.

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was **$0.00**. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is **$1,918.50**. The total of Chapter 7 professional fees and expenses requested for final allowance is **$1,918.50**.

9.    A fee of **$2,200.00** was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

-

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:    May 30, 2007                          /s/Stephen G. Balsley
                                               STEPHEN G. BALSLEY
                                               6833 STALTER DRIVE
                                               ROCKFORD, IL  61108
                                               (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HUDSON, HARLIN REED

CASE NO. 05-72866 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,471.76 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 4,560.88 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 8,032.64 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $3,471.76 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,553.26 | 1,553.26 |
| | Stephen G. Balsley, Attorney for Trustee | 1,918.50 | 1,918.50 |
| | TOTAL                  $ | | 3,471.76 |

c.     $4,560.88 for priority creditors, in the order specified in 11 U.S.C. §507(a)(1)(B)-(a)(10), itemized as follows:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $5,550.67 | 82.17% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 7 | Internal Revenue Service | 3,294.39 | 2,706.94 |
| 13 | Illinois Department of Revenue | 2,256.28 | 1,853.94 |
| | TOTAL                  $ | | 4,560.88 |

d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $97,073.11, yielding a dividend of 0.00%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $97,073.11 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | RRCA Accounts Management | 51.40 | 0.00 |
| 2 | RRCA Accounts Management | 1,689.80 | 0.00 |
| 3 | Anderson and Thomas | 1,467.14 | 0.00 |
| 4 | R. MacDonald & Associates | 1,228.04 | 0.00 |
| 5 | RAI Credit Corporation/Re: JK Harris | 652.88 | 0.00 |
| 6 | Dr. Brokaw/Dr. Stonesifer | 291.64 | 0.00 |
| 8 | ABA/Allied Business Accounts, Inc. | 6,034.30 | 0.00 |
| 9 | U.S. Department of Education | 67,705.48 | 0.00 |
| 10 | Rockford Mercantile Agency, Inc. | 490.65 | 0.00 |
| 11 | Painters District Council No. 30 | 14,226.52 | 0.00 |
| 14 | Illinois Department of Revenue | 75.00 | 0.00 |
| 18 | Rockford Mercantile Agency, Inc. | 490.65 | 0.00 |
| 19 | Check It A Unit of RMA | 75.00 | 0.00 |
| 7.1 | Internal Revenue Service | 383.58 | 0.00 |
| 13.1 | Illinois Department of Revenue | 2,211.03 | 0.00 |
| | TOTAL                  $ | | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|---|
| Priority | 12 | Illinois Department of Revenue 100 West Randolph Street, #7-400 Chicago, IL 60601 | $ | 2,256.28 | Disallowed pursuant to Court Order 08/30/06 – amended by Claim #13 |
| Unsecured | 15 | ABA/Allied Business Account, Inc. 300 - 1/2 Second P.O. Box 1600 Clinton, IA 527324228 | $ | 6,034.30 | Disallowed pursuant to Court Order 08/30/06 – duplicate of Claim #8 |
| Unsecured | 16 | RRCA Accounts Management 312 Locust Sterling, IL 61081 | $ | 51.40 | Disallowed pursuant to Court Order 08/30/06 – duplicate of Claim #1 |
| Unsecured | 17 | Anderson and Thomas 407 South Dearborn Street, Suite 1085 Chicago, IL 60605 | $ | 1,467.14 | Disallowed pursuant to Court Order 08/30/06 – duplicate of Claim #3 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED:    May 30, 3007                      /s/Stephen G. Balsley
                                            STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | | Fees Previously Allowed | | Fees Pending Compensation Applications | | Fees & Expenses Total |
|---|---|---|---|---|---|---|
| Stephen G. Balsley, Trustee | S | 0.00 | S | 1,553.26 | S | 1,553.26 |
| Stephen G. Balsley, Attorney for Trustee | S | 0.00 | S | 1,918.50 | S | 1,918.50 |
| **TOTALS** | S | **0.00** | S | **3,471.76** | S | **3,471.76** |

**EXHIBIT A**
**TASKS PERFORMED**

**HARLIN REED HUDSON**
**CHAPTER 7 BANKRUPTCY CASE NO. 05-72866**

---

The only asset in this bankruptcy estate was the Debtor's one-half interest in a house located at 1139 Inlet, Amboy, Illinois. The house was in extremely poor condition and is currently uninhabitable. An appraisal of the property indicated the value to be $20,000.00. The Debtor owned the house jointly with his wife. Instead of putting the property on the open market, the Trustee entered into an agreement with the Debtor's spouse to sell the bankruptcy estate's interest to her in "as is" condition subject to all outstanding liens and encumbrances, including taxes for $8,000.00. The Trustee determined this was as much that the bankruptcy estate was likely to receive if the property was sold on the open market. The Court approved the sale on August 2, 2006.

The Trustee has reviewed the claims, and objected to four claims which were disallowed by Order of August 30, 2006.

The Trustee has determined that no income tax returns are necessary for this bankruptcy estate.

SGB:vcg



Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-72866 MB | | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|---|
| Case Name: | HUDSON, HARLIN REED | | Filed (f) or Converted (c): | 02/15/06 (c) |
| | | | §341(a) Meeting Date: | 03/23/06 |
| Period Ending: | 05/30/07 | | Claims Bar Date: | 07/03/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1139 Inlet Road, Lee Center, IL | 5,000.00 | 8,000.00 | | 8,000.00 | FA |
| 2 | Cash | 550.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank account - Fifth Third Bank | 550.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1996 Pontiac Bonneville | 3,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 32.64 | FA |
| 7 | Assets        Totals (Excluding unknown values) | $9,500.00 | $8,000.00 | | $8,032.64 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2006        **Current Projected Date Of Final Report (TFR):**  May 30, 2007  (Actual)

Printed: 05/24/2007 02:58 PM    V.9.02

# Form 2
## Cash Receipts And Disbursements Record

EXHIBIT

C

Page: 1

| Case Number: | 05-72866 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | HUDSON, HARLIN REED | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*61-65 - Money Market Account |
| Taxpayer ID #: | 13-7537282 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/30/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/02/06 | | Cynthia M. Hudson | Purchase of real estate | 1110-000 | 2,000.00 | | 2,000.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.23 | | 2,001.23 |
| 09/01/06 | | Cynthia M. Hudson | Purchase of real estate | 1110-000 | 2,000.00 | | 4,001.23 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.32 | | 4,003.55 |
| 10/03/06 | | Cynthia M. Hudson | Payment for real estate | 1110-000 | 2,000.00 | | 6,003.55 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.94 | | 6,007.49 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.94 | | 6,011.43 |
| 12/29/06 | | Cynthia M. Hudson | Purchase of real estate | 1110-000 | 500.00 | | 6,511.43 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.81 | | 6,515.24 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.28 | | 6,519.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.24 | | 6,522.76 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.48 | | 6,526.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.60 | | 6,529.84 |
| 05/14/07 | {1} | Harlin Hudson | Payment for real estate | 1110-000 | 1,200.00 | | 7,729.84 |
| 05/21/07 | {1} | Harlin Hudson | Payment for real estate | 1110-000 | 300.00 | | 8,029.84 |
| 05/24/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 2.80 | | 8,032.64 |
| 05/24/07 | | To Account #\*\*\*\*\*\*\*\*\*6166 | Transfer funds from MMA to checking account | 9999-000 | | ! 8,032.64 | 0.00 |

| | | Subtotals : | $8,032.64 | $8,032.64 |
|---|---|---|---|---|

{} Asset reference(s)   !-Not printed or not transmitted

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-72866 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | HUDSON, HARLIN REED | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****61-65 - Money Market Account |
| Taxpayer ID #: | 13-7537282 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 05/30/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 8,032.64 | 8,032.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,032.64 | |
| | | | Subtotal | | 8,032.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,032.64 | $0.00 | |

{} Asset reference(s)          !-Not printed or not transmitted                    Printed: 05/24/2007 02:58 PM    V.9.02

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-72866 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | HUDSON, HARLIN REED | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****61-66 - Checking Account |
| Taxpayer ID #: | 13-7537282 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/30/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/07 | | From Account #********6165 | Transfer funds from MMA to checking account | 9999-000 ! | 8,032.64 | | 8,032.64 |
| | | | **ACCOUNT TOTALS** | | 8,032.64 | 0.00 | $8,032.64 |
| | | | Less: Bank Transfers | | 8,032.64 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****61-65** | 8,032.64 | 0.00 | 0.00 |
| **Checking # ***-*****61-66** | 0.00 | 0.00 | 8,032.64 |
| | $8,032.64 | $0.00 | $8,032.64 |

{} Asset reference(s)          !-Not printed or not transmitted