Case Name: HARLIN REED HUDSON
Case No:   05-72866

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  7/9/07                    WILLIAM T. NEARY
                                United States Trustee, Region 11


                        BY:   __/s/_____
                                Carole J. Ryczek
                                Attorney for the  U.S. Trustee