IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HUDSON, HARLIN REED

CASE NO. 05-72866 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-9527

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 115
           Rockford, IL 61101

    on:    July 30, 2007
    at:    9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,553.26 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,918.50 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $       8,032.64

    b. Disbursements                         $           0.00

    c. Net Cash Available for Distribution   $       8,032.64

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $5,550.67. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $97,073.11, resulting in an approximate distribution of 0.00% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                    Respectfully submitted,

DATE:   May 30, 2007                /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY
                                    6833 Stalter Drive
                                    Rockford, IL  61108
                                    815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2866   Doc 66   Filed 07/10/07   Entered 07/13/07 00:21:58   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1           Date Rcvd: Jul 10, 2007
Case: 05-72866                Form ID: pdf002             Total Served: 32

The following entities were served by first class mail on Jul 12, 2007.
db           Harlin Reed Hudson,    1185 Fulton Street,    Lee Center, IL 61331
aty         +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
              Carpentersville, IL 60110-1730
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
9423174      Aba,    Allied Business Account, In,    300 1/2 S 2nd PO Box 1600,    Clinton, IA 52733-1600
9423175     +Accounts receivable soluti,    Po Box 387,    Dixon, IL 61021-0387
9423176     +Anderson and Thomas,    407 South Dearborn St,    Ste 1085,    Chicago, IL 60605-1117
9423177     +Atty Al Williams,    319 S Peoria Ave,    Po Box 641,    Dixon, IL 61021-0641
9423178     +Atty Thomas Angel,    122 South Michigan Ave,    Suite 1720,    Chicago, IL 60603-6145
10771190     Check It A Unit of RMA,    P O Box 6264,    Rockford Illinois    61125 1264
9423179      Collection Professional Inc,    723 First Street,    La Salle, IL 61301-2535
9423180     +Community School District #,    410 E LeFevre Road,    Sterling, IL 61081-1391
9423181      DIRECT LOANS,    U.S. DEPT. OF EDUCATION,    P.O. BOX 530260,    ATLANTA, GA 30353-0260
9423182      Direct loans,    Us Dept of Education direct,    Po Box 5609,    Greenville, TX 75403-5609
9555338     +Dr. Brokaw Dr. Stonesifer,    c/o Collection Professional Inc,    723 First St,
              La Salle IL 61301-2535
9423183     +George Kennedy Silverman,    3645 Williams Blvd Suite 20,    Kenner, LA 70065-3464
9423184      Holland and Sons, Inc,    908 Bloody Gulch Rd,    Princeton, IL 61356
9423186    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: INTERNAL REVENUE SERVICE,    MAIL STOP 5016 CHI,
              230 SOUTH DEARBORN STREET,    Chicago, IL 60604-1505)
9423185      Ill Dept of Revenue,    PO Box 19043,    Springfield, Il 62794-9043
10470767    +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  #7-400,
              Chicago, Illinois 60601-3218
9423187      Internet Corp Listing Svc,    245 8th, Ave #366,    New York, NY 10011-1607
9423188      Jc Lichts, Co,    320 W Fullerton Ave Ste 200,    Carol Stream, IL 60188-1866
9423189     +Ksb Katherine Shaw Hospital,    403 E First St,    Dixon, IL 61021-3187
9423190     +Ksb medical group,    215 E 1st St Ste 117,    Dixon, IL 61021-3169
10229051    +Painters District Council No. 30,    3813 Illinois Avenue,    St. Charles, Illinois 60174-2403
9423191      Pellettieri & Assoc,    Kishwaukee Hopsital,    991 Oak Creek Rd,    Lombard, IL 60148-6408
9423192      Professional Fee Financing,    Po Box 1003,    Totowa, NJ 07511-1003
9423193     +R. MacDonald & Associates,    1121 E Main St Suite 126,    Saint Charles, IL 60174-2206
9498648     +RAI Credit Corp.,    RE: JK Harris,    P.O. box 1285,    Bayonne, NJ 07002-6285
9423194     +Receivable Management Consu,    101 W. Second St, Po Box 78,    Dixon, IL 61021-0078
9423195     +Receivable Management Consu,    101 W. Second St, Ste 220,    PO Box 787,    Dixon, IL 61021-0787
10159075    +Rockford Mercantile Agency, Inc.,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
9423196     +Rrca Accounts Management,    312 Locust,    Sterling, IL 61081-3539

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
10470768*   +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  #7-400,
              Chicago, Illinois 60601-3218
                                                                                           TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 12, 2007**          **Signature:**   *Joseph Speetjens*