UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HARLIN REED HUDSON, | ) | CASE NO. 05-72866 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, STEPHEN G. BALSLEY

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: November 13, 2007

WILLIAM T. NEARY
United States Trustee

By: CAROLE J. RYCZEK,
Attorney for United States Trustee

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Statler Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2007 through September 28, 2007
Account Number: **000312057276166**

### CUSTOMER SERVICE INFORMATION

Service Center:     1-800-634-5273



00016241 DBI 802 24 27407 - NNN  1 000000000 61 0000
05-72866 HUDSON HARLIN REED
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $792.58 |
| Checks Paid | 3 | - 792.58 |
| Ending Balance | 3 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 105 | 09/21 | $402.34 |
| 114 * | 09/06 | 337.75 |
| 117 * | 09/21 | 52.49 |
| **Total Checks Paid** | | **$792.58** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/06 | $454.83 |
| 09/21 | 0.00 |





EXHIBIT B

Page 1 of 3

## JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

June 30, 2007 through July 31, 2007

Account Number: **000312057276165**

### CUSTOMER SERVICE INFORMATION

Service Center:   1-800-634-5273



00019757 DBI 802 24 21307 - NNN  6  000000000  61 0000
05-72866 HUDSON HARLIN REED
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY — Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $17.40 |

This account earns interest daily and the current interest rate is 0.65%.

The total interest paid this year is $17.40.

8/13/07

Page 1 of 1

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

June 30, 2007 through July 31, 2007
Account Number: **000312057276166**

## CUSTOMER SERVICE INFORMATION

Service Center:　　　　　　1-800-634-5273



00019758 DBI 802 24 21307 - NNN  1 000000000 61 0000
05-72866 HUDSON HARLIN REED
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY  Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $8,032.64 |
| **Ending Balance** | 0 | $8,032.64 |

Page 1 of 1